**Petition for Writ of Mandamus Dismissed; and Memorandum Opinion filed March 13, 2012.**



In The

# Fourteenth Court of Appeals

————————————

## NO. 14-11-01048-CV

————————————

## IN RE CHRISTOPHER WELDON MARTIN, Relator

ORIGINAL PROCEEDING
WRIT OF MANDAMUS
**246th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-18060**

## M E M O R A N D U M   O P I N I O N

On December 7, 2011, relator, Christopher Weldon Martin, filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code § 22.221. The relief requested in the petition has been rendered moot by the parties' mediated settlement agreement signed February 2, 2012, and the dismissal of the related appeal filed under number 14-11-00055-CV, styled *Diana Ruth Lovell v. Christopher Weldon Martin*.

We order relator's petition for writ of mandamus dismissed as moot.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Jamison and McCally.